OPINIONS PER CURIAM, ETC., FROM MAY 19, 1904, TO DECEMBER 14, 1904.

No. 145. MÜLLENHOFF & KÖRBER *v.* ARGÜESO ET AL.—Appeal from the District Court of Humacao. Decided May 19, 1904. Withdrawn on motion of the appellant. *Mr. Díaz Navarro,* for appellant.

No. 55. AMILL *v.* SÁNCHEZ ECHALECU & Co.—Appeal from the District Court of Mayagüez. Decided May 23, 1904. Withdrawn on motion of the appellant. *Mr. Fernando Vázquez,* for appellant.

No. 85. BORRÁS *v.* ESTATE OF NICOLAU.—Appeal from the District Court of Humacao. Decided May 24, 1904. Withdrawn on motion of the appellant. *Mr. López Landrón,* for appellant.

No. 25. ACOSTA *v.* COMAS.—Appeal from the District Court of Mayagüez. Decided May 31, 1904. Withdrawn on motion of the appellant. *Mr. Alvarez Nava,* for appellant.

No. 34. BORRÁS *v.* AGUAYO.—Appeal from the District Court of San Juan. Decided June 6, 1904. Withdrawn on motion of the appellant. *Mr. López Gaztambide* for appellant.